IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2019-cv-03200-NYW

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

     Plaintiffs,
v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

     Defendants.
_____  _____

**DEFENDANT GEO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**
_____

Defendant THE GEO GROUP, INC. ("Defendant GEO"), submits this Unopposed Motion for Extension of Time to File Resposive Pleading to Complaint and, in support thereof, states as follows.

**CERTIFICATION**

Undersigned counsel has discussed the relief requested herein with counsel for Plaintiffs and is authorized to state that such relief is unopposed.

**MOTION**

1. Plaintiffs filed their Complaint on November 12, 2019. Doc. 1.

2. On November 15, 2019, Defendant GEO was served with the Complaint. *See* Doc. 15. Accordingly, a responsive pleading on behalf of Defendant GEO is due on or before December 6, 2019.

3. Undersigned counsel was only recently retained to represent Defendant GEO in the present matter and is still awaiting the receipt of certain file materials and underlying documentation that are essential in the preparation of Defendant GEO's responsive pleading.

4. Additionally, due to the recent Thanksgiving holiday, undersigned counsel has been out of office for a period of time and unable to devote a significant amount of time towards the preparation of Defendant GEO's responsive pleading.

5. Defendant GEO therefore requests an extension of time, up to and including December 23, 2019, within which to file its responsive pleading. This is Defendant GEO's first request for extension of the responsive pleading deadline. It is not believed that any party will be prejudiced by the granting of this motion.

6. Defendant GEO further understands that Defendant Peterson will be filing a similar request for extension of time to file his responsive pleading.

WHEREFORE, Defendant GEO respectfully requests an order from this Court, granting it an extension of time up to and including December 23, 2019, within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

Date: December 2, 2019

s/ Ann B. Smith
Ann B. Smith
   VAUGHAN & DeMURO
   111 South Tejon, Suite 545
   Colorado Springs, CO 80903
   (719) 578-5500 (phone)
   (719) 578-5504 (fax)
   asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT GEO GROUP, INC.

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Matthew C. Baisley**
mbaisley@bakerlaw.com

**Michelle R. Gomez**
mgomez@bakerlaw.com

**Mark Silverstein**
msilverstein@aclu-co.org

**Sara R. Neel**
sneel@aclu-co.org

**Arielle Herzberg**
aherzberg@aclu-co.org

    s/ Ann B. Smith
    Ann B. Smith
        VAUGHAN & DeMURO
        111 South Tejon, Suite 545
        Colorado Springs, CO 80903
        (719) 578-5500 (phone)
        (719) 578-5504 (fax)
        asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT GEO GROUP, INC.