IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03200-NYW

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

     Plaintiffs,

v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

     Defendants.

___

**ORDER OF RECUSAL**
___

Magistrate Judge Nina Y. Wang

     Title 28 U.S.C. § 455(b) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v.United States*, 510 U.S. 540, 548 (1994).

     Upon review of the file of this case, I conclude that I must recuse myself from further service in this case. Accordingly, IT IS ORDERED that:

     (1) I recuse myself from further service in this matter; and

     (2) The Clerk of the Court shall cause this case to be reassigned to another District Judge or Magistrate Judge.

2

DATED: December 3, 2019         BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge