IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03200-NRN

NEDA SAMMIMI-GOMEZ, individually and
as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

Plaintiffs,

v.

THE GEO GROUP, INC. and
JEFFREY ELAM PETERSON, M.D.,

Defendants.
_____

ORDER OF RECUSAL
_____

Entered by Magistrate Judge N. Reid Neureiter

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. Nichols v. Alley, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. Hinman v. Rogers, 831 F.2d 937, 939 (10th Cir. 1987).

Due to my prior relationship with the American Civil Liberties Union Foundation of Colorado ("ACLU"), which includes serving as a cooperating attorney on cases initiated by the ACLU, I believe that, for a period of time, my impartiality might

reasonably be questioned if I were to sit on matters where the ACLU represents a party. There will come a time when this is no longer the case, likely after I have spent two years on the bench, but that time has not yet come. Accordingly, I recuse from this matter.

It is ORDERED that I recuse myself from any further service in this matter. It is further ORDERED that the Clerk of Court cause this case to be reassigned to another Judge.

Dated this 4th day of December, 2019

BY THE COURT

N. Reid Neureiter
United States Magistrate Judge