**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   19-CV-03200-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi;
NEGEEN SAMIMI; and
ANTHONY SAMIMI,
Plaintiffs,

v.

THE GEO GROUP, INC.; and
JEFFREY ELAM PETERSON, M.D.,
Defendants.

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Jeffrey Peterson, MD, by his attorneys, Christina S. Gunn, Esq., Craig A. Sargent, Esq., and Jared Ellis, Esq., of Hall & Evans, L.L.C., hereby submit this Stipulated Motion for Extension of Time to File Responsive Pleading to the Complaint and in support states as follows:

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff and Defendant have conferred with regard to this Motion and **stipulate** to the relief requested herein.

1.     Plaintiff filed her Complaint on November 12, 2019, and served Defendant, Jeffrey Elam Peterson, M.D. on November 17, 2019.

2.     Counsel for Defendant is in the process of drafting the response to Plaintiff's Complaint but because of the length of the complaint and the press of time for other urgent

matters, Defendant seeks a brief extension of time of up to and including December 23, 2019, within which to file a Response to Plaintiff's Complaint.

3.   Plaintiff's counsel has no objection to the relief requested in the within motion and hereby stipulates to same.

4.   Accordingly, the parties stipulate and respectfully request that this Court enter an order granting this extension of time up to and including December 23, 2019, within which to allow the Defendant, Jeffrey Peterson, M.D. to respond to Plaintiff's Complaint.

WHEREFORE, Defendant, Jeffrey Peterson, M.D., respectfully requests this Court grant this Motion for Extension of Time for the reasons and the time period set forth above.

Dated this 10th day of December, 2019.

Respectfully submitted,

/s/Craig A. Sargent, Esq.
Christina S. Gunn, Esq.
Craig A. Sargent, Esq.
Jared Ellis, Esq.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
gunnc@hallevans.com
sargentc@hallevans.com
sevyt@hallevans.com
(303) 628-3300 – phone
(303) 628-3368 – fax
*ATTORNEYS FOR DEFENDANT*
*JEFFREY PETERSON MD*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 10th day of December, 2019 I electronically filed the foregoing **Stipulated Motion for Extension of Time to File Responsive Pleading to the Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul G. Karlsgodt, Esq.
Marc D. Flink, Esq.
Matthew C. Baisley, Esq.
Michelle R. Gomez, Esq.
Sean B. Solis, Esq.
1801 California Street, Suite 4400
Denver, Colorado 80202
Email: pkarlsgodt@bakerlaw.com
mflink@bakerlaw.com
mbaisley@bakerlaw.com
mgomez@bakerlaw.com
ssolis@bakerlaw.com

*In cooperation with the ACLU Foundation of Colorado*
Mark Silverstein, Esq.
Sara R. Neel, Esq.
Arielle Herzberg, Esq.
ACLU Foundation of Colorado
303 East 17th Avenue, Suite 350
Denver, Colorado 80203
Email: msilverstein@aclu-co.org
sneel@aclu-co.org
aherzberg@aclu-co.org

                s/ Laura Buckingham,

        Legal Assistant at Hall & Evans, L.L.C.