IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2019-cv-03200-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

    Plaintiffs,
v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

    Defendants.

_____

**CORPORATE DISCLOSURE STATEMENT
OF THE GEO GROUP, INC.**
_____

Defendant, THE GEO GROUP, INC., pursuant to Fed. R. Civ. P. 7.1, submits this Corporate Disclosure Statement as follows.

1. The GEO Group, Inc., is a publicly-traded company organized under the laws of Florida with a principal place of business at 4955 Technology Way, Boca Raton, FL 33431.

2. The GEO Group, Inc., has no parent company/entity.

3. There are no publicly-held corporations owning 10% or more of the GEO Group, Inc's stock.

                                        Respectfully submitted,

Date:  December 23, 2019        s/ Ann B. Smith
                                        Ann B. Smith
                                            VAUGHAN & DeMURO
                                            111 South Tejon, Suite 545
                                            Colorado Springs, CO 80903
                                            (719) 578-5500 (phone)
                                            (719) 578-5504 (fax)
                                            asmith@vaughandemuro.com (e-mail)
                                      ATTORNEY FOR DEFENDANT GEO GROUP, INC.

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Matthew C. Baisley**
mbaisley@bakerlaw.com

**Michelle R. Gomez**
mgomez@bakerlaw.com

**Mark Silverstein**
msilverstein@aclu-co.org

**Sara R. Neel**
sneel@aclu-co.org

**Arielle Herzberg**
aherzberg@aclu-co.org

**Craig A. Sargent**
sargentc@hallevans.com

**Christina S. Gunn**
gunnc@hallevans.com

**Jared R. Ellis**
ellisj@hallevans.com

        s/ Ann B. Smith
        Ann B. Smith
            VAUGHAN & DeMURO
            111 South Tejon, Suite 545
            Colorado Springs, CO 80903
            (719) 578-5500 (phone)
            (719) 578-5504 (fax)
            asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT GEO GROUP, INC.