# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   19-CV-03200-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative
of the Estate of Kamyar Samimi;
NEGEEN SAMIMI; and
ANTHONY SAMIMI,

Plaintiffs,

v.

THE GEO GROUP, INC.; and
JEFFREY ELAM PETERSON, M.D.,

Defendants.

## MOTION TO WITHDRAW

Christina S. Gunn, counsel for Defendant Jeffrey Elam Peterson, MD, in the above-captioned matter, hereby moves the Court for an Order allowing her to withdraw as counsel of record:

1. <u>Certificate Pursuant to D.C.COLO.LCivR.7.1:</u> Because of this motion is brought pursuant to D.C.COLO.LAtty5(b), conferral is not required. *See* D.C.COLO.L.CivR7(b)(4).

2. Ms. Gunn will no longer be employed by Hall & Evans, L.L.C. effective January 22, 2020.

3. Craig A. Sargent, Esq., and Jared R. Ellis, Esq., of Hall & Evans, L.L.C., will continue to represent Defendant.

4.       Defendant has received notification of the proposed withdrawal.

5.       Because of the continuous representation, Ms. Gunn did not notify Defendant that he is responsible for complying with all court orders and time limitations, nor that they are required to obtain legal counsel, as would otherwise be required by D.C.Colo.LAttyR5(b).

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit her to withdraw as counsel for the Defendant Jeffrey Elam Peterson, MD.

        Dated this 20th day of January, 2020.

                              Respectfully submitted,

                              <u>s/ Christina S Gunn</u>
                              Christina S. Gunn, Esq.
                              Craig A. Sargent, Esq.
                              Jared R. Ellis, Esq.
                              Hall & Evans, LLC
                              1001 Seventeenth Street, Suite 300
                              Denver, Colorado 80202
                              gunnc@hallevans.com
                              sargentc@hallevans.com
                              ellisj@hallevans.com
                              (303) 628-3300 – phone
                              (303) 628-3368 – fax
                              *ATTORNEYS FOR DEFENDANT*
                              *JEFFREY PETERSON, M.D.*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 20th day of January, 2020I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul G. Karlsgodt, Esq.
Marc D. Flink, Esq.
Matthew C. Baisley, Esq.
Michelle R. Gomez, Esq.
Sean B. Solis, Esq.
1801 California Street, Suite 4400
Denver, Colorado 80202
Email: pkarlsgodt@bakerlaw.com
mflink@bakerlaw.com
mbaisley@bakerlaw.com
mgomez@bakerlaw.com
ssolis@bakerlaw.com

*In cooperation with the ACLU Foundation of Colorado*
Mark Silverstein, Esq.
Sara R. Neel, Esq.
Arielle Herzberg, Esq.
ACLU Foundation of Colorado
303 East 17th Avenue, Suite 350
Denver, Colorado 80203
Email: msilverstein@aclu-co.org
sneel@aclu-co.org
aherzberg@aclu-co.org

Ann B. Smith, Esq.
Gordon Vaughan, Esq.
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903
Email: asmith@vaughandemuro.com
gvaughan@vaughandemuro.com
*Attorneys for Defendant GEO Group, Inc.*

*s/ Nicole Marion*
Legal Assistant