IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 19-cv-03200-RM-SKC | Date: January 27, 2020 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201 |

*Parties:*                                              *Counsel:*

NEDA SAMIMI-GOMEZ, et al.,                Matthew Baisley
                                                            Michelle Gomez
                                                            Sara Neel

   Plaintiff,

v.

THE GEO GROUP INC., et al.,                 Ann Smith
                                                            Craig Sargent

   Defendant.

## COURTROOM MINUTES

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:07 a.m.**
Court calls case. Appearances of counsel.

To the extent a protective order is needed, it shall be submitted to the Court within 10 days.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **7** depositions, **excluding** experts.
Depositions shall not exceed one day of seven hours.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Deadline for designation of non-parties at fault: **February 10, 2020**
Discovery Cut-off: **September 21, 2020**
Dispositive Motions Deadline: **October 21, 2020**
Each side shall be limited to **5** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: July 21, 2020**
Parties shall designate rebuttal experts **on or before: August 21, 2020**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than August 17, 2020.**

**JOINT STATUS REPORT** of no more than eight (8) pages, shall be filed no later than **April 13, 2020**.  The report must (1) update the Court on the status of the case, (2) summarize the parties' respective activities in discovery, (3) alert the Court to any pending or anticipated issues between the parties that may require Court intervention, and (4) update the Court regarding the prospect of settlement.  Based on what is outlined in the joint status report, the Court may set a Telephone Status Conference.

**TELEPHONE FINAL PRETRIAL CONFERENCE** is set for **December 29, 2020 at 10:00 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission) Counsel participating in the conference shall jointly call the Court (303.335.2124) at the scheduled time.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 10:23 a.m.**
Total time in court:     00:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.