IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2019-cv-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

    Plaintiffs,
v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

    Defendants.

_____

## JOINT STATUS REPORT
_____

Plaintiffs, NEDA SAMIMI GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi; NEGEEN SAMIMI; and ANTHONY SAMIMI, and Defendants THE GEO GROUP, INC.; and JEFFREY ELAM PETERSON, M.D., submit this Joint Status Report to the Court pursuant to the Court's January 27, 2020, Courtroom Minutes (Doc. 42) and state as follows.

## STATUS OF THE CASE

The Scheduling Order was entered on January 27, 2020. (Doc. 43.) Such deadlines are currently in place pursuant to same:

| | |
|---|---|
| 06/12/20 | Deadline for joinder of parties and amendment of pleadings |
| 07/21/20 | Parties' affirmative expert disclosures due |
| 08/17/20 | Deadline to serve written discovery requests |

| | |
|---|---|
| 08/21/20 | Parties' rebuttal experts due |
| 09/18/20 | Daubert motions due |
| 09/21/20 | Discovery cutoff |
| 10/21/20 | Dispositive motions deadline |
| 12/15/20 | Proposed jury instructions and verdict forms due |
| 12/22/20 | Proposed witness and exhibit lists due to court |
| 12/22/20 | Voir dire questions due |
| 12/22/20 | Motions in limine due |

A Final Pretrial Conference is scheduled for December 29, 2020. No trial has been set.

**Protective Order**

The Parties have been working together to formulate a proposed protective order due to anticipated disclosure of confidential materials. Part of the preparation of the protective order required conferral with Immigration and Customs Enforcement ("ICE") for their review and approval of same. ICE's review/approval of the protective order took longer than anticipated and they only recently provided edits to the protective order. The Motion for Protective Order and a Proposed Protective Order agreed to by the parties have now been filed and are awaiting approval by the Court.

**Disclosures**

Plaintiffs are awaiting entry of a protective order before they submit their initial disclosures. Now that the parties have agreed to a protective order, Plaintiffs intend to submit their initial disclosures to Defendants. Defendants have served their initial disclosures.

**ESI Protocols**

The Parties have also been discussing a proposed ESI protocol and have not yet been able to reach an agreement on the same. Plaintiffs believe the ESI protocol is necessary. GEO Defendants believe that the protocol suggested by Plaintiff is unnecessary and too onerous.  The parties last conferred regarding the ESI protocol on April 1, 2020.  During that conferral, counsel for Defendant GEO suggested that the Parties agree to use readable .pdf format for documents and Plaintiffs' counsel agreed to consider that proposal.  Upon review, Plaintiffs believe motions practice will be necessary, and intend to file their motion for an ESI protocol soon.

**Modification of Scheduling Order Deadlines**

The Parties intend to prepare and file a stipulated motion to extend certain discovery deadlines to accommodate the delays in obtaining a protective order and disclosures as well as other delays caused by the current COVID-19 pandemic.  In particular, the parties anticipate requesting a 90-day extension of the current deadlines to reflect modifications as follows:

| Date | Deadline |
| --- | --- |
| 10/21/20 | Parties' affirmative expert disclosures due |
| 11/17/20 | Deadline to serve written discovery requests |
| 11/23/20 | Parties' rebuttal experts due |
| 12/18/20 | Daubert motions due |
| 12/21/20 | Discovery cutoff |
| 01/21/21 | Dispositive motions deadline |
| 03/15/21 | Proposed jury instructions and verdict forms due |
| 03/22/21 | Proposed witness and exhibit lists due to court |
| 03/22/21 | Voir dire questions due |
| 03/22/21 | Motions in limine due |

**PARTIES' RESPECTIVE ACTIVITIES IN DISCOVERY**

**Plaintiffs:**

Plaintiffs have not yet served their initial disclosures. Plaintiffs served written discovery on February 26, 2020. Per the Court's Order granting their unopposed motion for extension of time to respond, Defendants' responses to these discovery requests are currently due on April 27, 2020.

**Defendant GEO:**

Defendant GEO submitted its initial disclosures on January 27, 2020. Plaintiffs have tendered written discovery to GEO. The Parties have agreed on an extension of time for GEO through April 27, 2020, to respond to such written discovery.

Defendant GEO continues to request and gather materials for production and for response to Plaintiff's discovery requests.

**Defendant Peterson**:

Defendant Peterson served his initial disclosures on January 27, 2016. Plaintiffs served written discovery on Dr. Peterson on February 26, 2020. The Parties have agreed upon, and the Court has granted, an extension of time through April 27, 2020, for Dr. Peterson to respond to Plaintiffs' written discovery. Dr. Peterson served written discovery on Plaintiffs on March 11, 2020. The parties have agreed to an extension of time through April 27, 2020, for Plaintiffs to respond to Dr. Peterson's written discovery.

**PENDING/ANTICIPATED ISSUES THAT MAY REQUIRE COURT INTERVENTION**

As discussed above, the Parties are awaiting court approval of their joint motion for a protective order and Plaintiffs have agreed to serve their initial disclosures after a protective order is entered. Additionally, the Parties have been unable to agree on a proposed ESI protocol desired by Plaintiffs. Such issue might require court intervention.

**UPDATE ON SETTLEMENT PROSPECTS**

The parties continue to believe that additional discovery is required before meaningful settlement discussions can occur.

Respectfully submitted,

Date: 04/13/2020

s/ Matthew C. Baisley
Matthew C. Baisley, Esq.
BAKER HOSTETLER
1801 California Street, Suite 4400
Denver, Colorado 80202
303-861-0600 (phone)
303-861-7805 (fax)
mbaisley@bakerlaw.com (e-mail)
ATTORNEY FOR PLAINTIFFS

Date: 04/13/2020

s/ Gordon L. Vaughan
Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT GEO

Date: 04/13/2020  /s/ Jared R. Ellis
Craig A. Sargent, Esq.
Jared R. Ellis, Esq.
    HALL & EVANS, LLC
    1001 Seventeenth Street, Suite 300
    Denver, CO 80202
    (303) 628-3352 (phone)
    sargentc@hallevans.com (e-mail)
    ellisj@hallevans.com (e-mail)
ATTORNEY FOR DEFENDANT PETERSON

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Matthew C. Baisley**
mbaisley@bakerlaw.com

**Michelle R. Gomez**
mgomez@bakerlaw.com

**Sean B. Solis**
ssolis@bakerlaw.com

**Mark Silverstein**
msilverstein@aclu-co.org

**Sara R. Neel**
sneel@aclu-co.org

**Arielle Herzberg**
aherzberg@aclu-co.org

**Craig A. Sargent**
sargentc@hallevans.com

**Jared R. Ellis**
ellisj@hallevans.com

          s/ Gordon L. Vaughan
          Gordon L. Vaughan