**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   19-CV-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative
of the Estate of Kamyar Samimi;
NEGEEN SAMIMI; and
ANTHONY SAMIMI,
Plaintiffs,

v.

THE GEO GROUP, INC.; and
JEFFREY ELAM PETERSON, M.D.,
Defendants.

**STIPULATED JOINT MOTION TO AMEND THE SCHEDULING ORDER AND
EXTEND CASE MANAGEMENT DEADLINES**

The parties, through their respective attorneys, hereby submit this Stipulated Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines, and state as follows:

**CERTIFICATE OF COMPLIANCE**

1.   Pursuant to D.C.Colo.L.CivR. 7.1(a), the parties have conferred regarding the relief requested in this Motion and stipulate that the Court granting that relief is appropriate.

**ARGUMENT**

2.   In this case, Plaintiffs, Neda Samimi Gomez, individually and as personal representative of the Estate of Kaymar Samimi, Negeen Samimi, and Anthony Samimi

1

seek damages from Defendants The Geo Group, Inc. and Jeffrey Elam Peterson, M.D., who they allege were responsible for Kaymar Samimi's death.

3. The Scheduling Order, (Doc. 43), Entered on January 27, 2020 currently sets the following deadlines for the parties:

06/12/20 Deadline for joinder of parties and amendment of pleadings
07/21/20 Parties' affirmative expert disclosures due
08/17/20 Deadline to serve written discovery requests
08/21/20 Parties' rebuttal experts due
09/18/20 Daubert motions due
09/21/20 Discovery cutoff
10/21/20 Dispositive motions deadline
12/15/20 Proposed jury instructions and verdict forms due
12/22/20 Proposed witness and exhibit lists due to court
12/22/20 Voir dire questions due
12/22/20 Motions in limine due
12/29/20 Final Pretrial Conference

4. As of the filing of this motion none of the foregoing deadlines have expired and trial has not yet been set in this case.

5. The Scheduling Order further provides that: "This Scheduling Order may be altered or amend only upon a showing of good cause." (*Scheduling Order, Doc. 43, p. 13*)

6. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), a court may extend deadlines for good cause shown, provided the request is made before the deadline expires.

7. Here, good cause exists to amend the Scheduling Order and extend the existing case management deadlines. First, the parties were delayed in finalizing a Protective Order for this case. That Protective Order was not entered by the Court until

April 15, 2020. (Doc. 52). In turn, there were delays in exchanging disclosures and the parties have also been delayed in responding to written discovery requests. As a result, the parties require additional time to conduct and complete discovery.

8. Second, the COVID-19 pandemic will further delay discovery in this case. In particular, the pandemic will interfere with the parties' ability to schedule and conduct depositions of parties, fact witnesses, and experts. The pandemic is also expected to prevent or limit the availability of in-person meetings with clients and experts, which may further delay the parties' ability to respond to written discovery requests, prepare for depositions, prepare initial and rebuttal expert disclosures, and prepare this case for trial.

9. As a result, the parties respectfully request that the Court amend the Scheduling Order and grant them a ninety (90) day extension of existing case management deadlines. The parties request that the Court Order that the existing deadlines be modified as follows:

   10/21/20 Parties' affirmative expert disclosures due
   11/17/20 Deadline to serve written discovery requests
   11/23/20 Parties' rebuttal experts due
   12/18/20 Daubert motions due
   12/21/20 Discovery cutoff
   01/21/21 Dispositive motions deadline
   03/15/21 Proposed jury instructions and verdict forms due
   03/22/21 Proposed witness and exhibit lists due to court
   03/22/21 Voir dire questions due
   03/22/21 Motions in limine due
   03/29/21 Final Pretrial Conference

10. No party will be prejudiced by the amendment of the Scheduling Order or the extension of the foregoing case management deadlines. Rather, the requested extension will benefit all of the parties by enabling them to complete discovery and prepare their cases. As a result, the parties have all stipulated to the requested relief.

WHEREFORE, the parties respectfully request that the Court amend the Scheduling Order, (Doc. 43), by granting a ninety-day extension of existing case management deadlines as set forth in this Motion.

Dated this 23rd day of April, 2020.

Respectfully submitted,

Date: April 23, 2020

*s/ Matthew C. Baisley*
Matthew C. Baisley, Esq.
BAKER HOSTETLER
1801 California Street, Suite 4400
Denver, Colorado 80202
303-861-0600 (phone)
303-861-7805 (fax)
mbaisley@bakerlaw.com (e-mail)
ATTORNEY FOR PLAINTIFFS

Date: April 23, 2020

s/ Gordon L. Vaughan
Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT GEO GROUP, INC.

Date:  4/23/20                                  /s/ Jared R. Ellis
                                                Craig A. Sargent, Esq.
Jared R. Ellis, Esq.
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
(303) 628-3352 (phone)
sargentc@hallevans.com (e-mail)
ellisj@hallevans.com (e-mail)
ATTORNEY FOR DEFENDANT PETERSON

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 23rd day of April, 2020 I electronically filed the foregoing **STIPULATED JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND CASE MANAGEMENT DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul G. Karlsgodt, Esq.
Marc D. Flink, Esq.
Matthew C. Baisley, Esq.
Michelle R. Gomez, Esq.
Sean B. Solis, Esq.
1801 California Street, Suite 4400
Denver, Colorado 80202
Email: pkarlsgodt@bakerlaw.com
mflink@bakerlaw.com
mbaisley@bakerlaw.com
mgomez@bakerlaw.com
ssolis@bakerlaw.com

*In cooperation with the ACLU Foundation of Colorado*
Mark Silverstein, Esq.
Sara R. Neel, Esq.
Arielle Herzberg, Esq.
ACLU Foundation of Colorado
303 East 17th Avenue, Suite 350
Denver, Colorado 80203
Email: msilverstein@aclu-co.org
sneel@aclu-co.org
aherzberg@aclu-co.org

Ann B. Smith, Esq.
Gordon Vaughan, Esq.
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903
Email: asmith@vaughandemuro.com
gvaughan@vaughandemuro.com
*Attorneys for Defendant GEO Group, Inc.*

                                                        *s/ Laura Buckingham*
                                                        Legal Assistant