**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.    19-CV-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative
of the Estate of Kamyar Samimi;
NEGEEN SAMIMI; and
ANTHONY SAMIMI,
Plaintiffs,

v.

THE GEO GROUP, INC.; and
JEFFREY ELAM PETERSON, M.D.,
Defendants.

---

**FIFTH STIPULATED JOINT MOTION TO AMEND THE SCHEDULING ORDER AND
EXTEND VARIOUS UPCOMING DEADLINES**

---

The parties, by their respective attorneys, respectfully submit this Fifth Stipulated

Joint Motion to Amend the Scheduling Order and Extend Various Upcoming Deadlines,

and state as follows:

**CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.Colo.L.CivR. 7.1(a), the parties have conferred regarding the

relief requested in this Motion and stipulate that the Court granting this relief is

necessary and appropriate.

**ARGUMENT**

1.      In this case, Plaintiffs, Neda Samimi Gomez, individually and as personal

representative of the Estate of Kaymar Samimi, Negeen Samimi, and Anthony Samimi

seek damages from Defendants, The Geo Group, Inc. and Jeffrey Elam Peterson, M.D., who they allege were responsible for Kaymar Samimi's death.

2. Currently the parties' expert disclosure deadline is December 18, 2020. The discovery cutoff is December 21. The final pretrial order is due December 22. The parties are seeking to extend only one deadline to the current Scheduling Order. The parties are seeking a sixty (60) day extension of each of these deadlines.

3. The parties continue to work on a resolution to this case and have now agreed to all terms of a Settlement Memorandum and are working to finalize the settlement agreement and release of claims documents. The requested extensions of time will allow the parties to finalize those settlement documents. The requested extensions would avoid, potentially, the parties having to incur the time and expense of expert witnesses, further discovery, and preparing a final pretrial order.

4. The Scheduling Order further provides that: "This Scheduling Order may be altered or amend only upon a showing of good cause." (*Scheduling Order, Doc. 43, p. 13*)

5. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), a court may extend deadlines for good cause shown, provided the request is made before the deadline expires.

6. Here, for all the reasons outlined above, good cause exists to amend the Scheduling Order.

7. As a result, the parties respectfully request that the Court amend the Scheduling Order and grant them a sixty (60) day extension of existing case management deadline.  The parties request that the Court order that the existing deadlines be modified as follows:

**Parties' affirmative expert disclosures due: February 16, 2021;**

**Discovery Cutoff: February 19, 2021;**

**Final Pre-trial Order: February 22, 2021**.

8.      No party will be prejudiced by the requested amendment of the Scheduling Order or the extensions of the requested deadline. In fact, all parties will benefit from the requested extensions to allow them to avoid further time and expense of litigation and to give them time to finalize settlement documents. All parties have all stipulated to the requested relief.

WHEREFORE, the parties respectfully request that the Court amend the Scheduling Order, (Doc. 43), by granting the requested extensions as identified above as set forth in this Motion.

Dated this 18th of December 2020.

Respectfully submitted,


/s/   *Matthew C. Baisley*
Matthew C. Baisley, Esq.
BAKER HOSTETLER
1801 California Street, Suite 4400
Denver, Colorado 80202
303-861-0600 (phone)
303-861-7805 (fax)
mbaisley@bakerlaw.com
ATTORNEY FOR PLAINTIFFS

/s/  *Ann B. Smith*_____
Gordon L. Vaughan
Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com
asmith@vaughandemuro.com
ATTORNEY FOR DEFENDANT GEO GROUP,
INC.


/s/ *Craig A. Sargent* _____
Craig A. Sargent, Esq.
Jared R. Ellis, Esq.
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
(303) 628-3352 (phone)
sargentc@hallevans.com
ellisj@hallevans.com
ATTORNEY FOR DEFENDANT PETERSON

4

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 18th day of December 2020, I electronically filed the foregoing **FIFTH STIPULATED JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND VARIOUS UPCOMING DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul G. Karlsgodt, Esq.
Marc D. Flink, Esq.
Matthew C. Baisley, Esq.
Michelle R. Gomez, Esq.
Sean B. Solis, Esq.
1801 California Street, Suite 4400
Denver, Colorado 80202
Email: pkarlsgodt@bakerlaw.com
mflink@bakerlaw.com
mbaisley@bakerlaw.com
mgomez@bakerlaw.com
ssolis@bakerlaw.com

*In cooperation with the ACLU Foundation of Colorado*
Mark Silverstein, Esq.
Sara R. Neel, Esq.
Arielle Herzberg, Esq.
ACLU Foundation of Colorado
303 East 17th Avenue, Suite 350
Denver, Colorado 80203
Email: msilverstein@aclu-co.org
sneel@aclu-co.org
aherzberg@aclu-co.org

Ann B. Smith, Esq.
Gordon Vaughan, Esq.
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903
Email: asmith@vaughandemuro.com
gvaughan@vaughandemuro.com
*Attorneys for Defendant GEO Group, Inc.*

*s/ Laura Buckingham*

4828-9022-2783.1