# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   19-CV-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative
of the Estate of Kamyar Samimi;
NEGEEN SAMIMI; and
ANTHONY SAMIMI,
Plaintiffs,

v.

THE GEO GROUP, INC.; and
JEFFREY ELAM PETERSON, M.D.,
Defendants.

---

## SIXTH STIPULATED JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND VARIOUS CASE MANAGEMENT DEADLINES

---

The parties, by their respective attorneys, hereby submit this Sixth Stipulated Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines, and state as follows:

### CERTIFICATE OF COMPLIANCE

Pursuant to D.C.Colo.L.CivR. 7.1(a), the parties have conferred regarding the relief requested in this Motion and stipulate that the Court granting this relief is necessary and appropriate.

### ARGUMENT

1. In this case, Plaintiffs, Neda Samimi Gomez, individually and as personal representative of the Estate of Kamyar Samimi, Negeen Samimi, and Anthony Samimi

seek damages from Defendants, The Geo Group, Inc. and Jeffrey Elam Peterson, M.D., who they allege were responsible for Kamyar Samimi's death.

2. Currently, the parties' expert disclosure deadline is February 16, 2021, the discovery cutoff is February 19, 2021, and numerous pretrial deadlines begin in March 2021. The parties seek to extend these deadlines and all remaining deadlines in the case by ninety days.

3. The parties have previously submitted several requests while they attempt to finalize a universal settlement agreement.

4. The parties have now agreed to and accepted the terms of their negotiated settlement agreement, and are in the process of executing it and will then begin to perform the obligations contemplated by its terms.

5. The extension request will provide sufficient time for the parties to perform under the terms of the agreement, including but not limited to their joint submittal of a motion to dismiss this matter.

6. The extension request will avoid unnecessary time and expense for the parties and the court given that this matter has been substantively resolved.

7. The Scheduling Order further provides that: "This Scheduling Order may be altered or amend only upon a showing of good cause."  (*Scheduling Order, Doc. 43, p. 13*)

8. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), a court may extend deadlines for good cause shown, provided the request is made before the deadline expires.

9. Here, for all the reasons outlined above, good cause exists to amend the Scheduling Order and extend the existing case management deadlines.

WHEREFORE, the parties respectfully request that the Court amend the Scheduling Order, (Doc. 43), by granting a ninety-day extension of existing case management deadlines as set forth in this Motion.

Dated this 16th of February, 2021.

Respectfully submitted,

Date: ___2/16/21_____    /s/__Matthew C. Baisley_____
                              Matthew C. Baisley, Esq.
                              BAKER HOSTETLER
                              1801 California Street, Suite 4400
                              Denver, Colorado 80202
                              303-861-0600 (phone)
                              303-861-7805 (fax)
                              mbaisley@bakerlaw.com (e-mail)
                              ATTORNEY FOR PLAINTIFFS

Date: __2/16/21_____     /s/__Ann Smith_____
                              Ann Smith
                              Gordon L. Vaughan
                              VAUGHAN & DeMURO
                              111 South Tejon, Suite 545
                              Colorado Springs, CO 80903
                              (719) 578-5500 (phone)
                              (719) 578-5504 (fax)
                              asmith@vaughandemuro.com (e-mail)
                              gvaughan@vaughandemuro.com (e-mail)
                              ATTORNEY FOR DEFENDANT GEO GROUP, INC.

Date: __2/16/21_____     /s/ Craig A. Sargent _____
                              Craig A. Sargent, Esq.
                              Jared R. Ellis, Esq.
                              HALL & EVANS, LLC
                              1001 Seventeenth Street, Suite 300
                              Denver, CO 80202
                              (303) 628-3352 (phone)
                              sargentc@hallevans.com (e-mail)
                              ellisj@hallevans.com (e-mail)
                              ATTORNEY FOR DEFENDANT PETERSON

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 16th day of February, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul G. Karlsgodt, Esq.
Marc D. Flink, Esq.
Matthew C. Baisley, Esq.
Michelle R. Gomez, Esq.
Sean B. Solis, Esq.
1801 California Street, Suite 4400
Denver, Colorado 80202
Email: pkarlsgodt@bakerlaw.com
mflink@bakerlaw.com
mbaisley@bakerlaw.com
mgomez@bakerlaw.com
ssolis@bakerlaw.com

*In cooperation with the ACLU Foundation of Colorado*
Mark Silverstein, Esq.
Sara R. Neel, Esq.
Arielle Herzberg, Esq.
ACLU Foundation of Colorado
303 East 17th Avenue, Suite 350
Denver, Colorado 80203
Email: msilverstein@aclu-co.org
sneel@aclu-co.org
aherzberg@aclu-co.org

Ann B. Smith, Esq.
Gordon Vaughan, Esq.
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903
Email: asmith@vaughandemuro.com
gvaughan@vaughandemuro.com
*Attorneys for Defendant GEO Group, Inc.*

                                             *s/ Matthew C. Baisley*