IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2019-cv-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

    Plaintiffs,
v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

    Defendants.

_____

**STIPULATED MOTION TO DISMISS CASE, WITH PREJUDICE**
_____

Plaintiffs, NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi; NEGEEN SAMIMI; and ANTHONY SAMIMI; and Defendants, THE GEO GROUP, INC.; and JEFFREY ELAM PETERSON, M.D. ("the parties"), hereby submit this Stipulated Motion to Dismiss Case, with Prejudice and, in support thereof, state as follows.

1.    The parties have resolved this case and hereby move the Court for an order dismissing this action, with prejudice, each party to bear his/her/its own costs and attorney fees, in full.

2.    The dismissal of this matter is specifically "with prejudice" and is intended to operate as a final adjudication of such claims.

3. Undersigned counsel have discussed dismissal of this matter, with prejudice, with their respective clients and they are authorized to enter into this stipulation.

WHEREFORE, the parties respectfully request that this Court issue an ORDER dismissing this action, with prejudice, each party to bear his/her/its own costs and fees.

Respectfully submitted,

Date: 04/13/21

*s/ Matthew C. Baisley*
Matthew C. Baisley
    BAKER HOSTETLER
    1801 California Street, Suite 4400
    Denver, Colorado 80202
    303-861-0600 (phone)
    303-861-7805 (fax)
    mbaisley@bakerlaw.com (e-mail)
ATTORNEY FOR PLAINTIFFS

Date: 04/13/21

*s/ Craig A. Sargent*
Craig A. Sargent
    HALL & EVANS, LLC
    1001 Seventeenth Street, Suite 300
    Denver, CO 80202
    303-628-3352 (phone)
    sargentc@hallevans.com (e-mail)
ATTORNEY FOR JEFFREY ELAM PETERSON, M.D.

Date: 04/13/21

*s/ Ann B. Smith*
Ann B. Smith
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    (719) 578-5504 (fax)
    asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT GEO GROUP, INC.

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Matthew C. Baisley**
mbaisley@bakerlaw.com

**Michelle R. Gomez**
mgomez@bakerlaw.com

**Sean B. Solis**
ssolis@bakerlaw.com

**Mark Silverstein**
msilverstein@aclu-co.org

**Sara R. Neel**
sneel@aclu-co.org

**Arielle Herzberg**
aherzberg@aclu-co.org

**Craig A. Sargent**
sargentc@hallevans.com

**Jared R. Ellis**
ellisj@hallevans.com

s/ Ann B. Smith