IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2019-cv-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

    Plaintiffs,
v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

    Defendants.
_____

**ORDER DISMISSING CASE, WITH PREJUDICE**
_____

THE COURT, having reviewed the Parties' Stipulated Motion to Dismiss Case, with Prejudice (Doc. __), having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the motion is GRANTED. This matter is hereby DISMISSED, with prejudice, each party to bear his/her/its own costs and attorney fees.

Done this _____ day of _____, 2021.

                                                          BY THE COURT:

                                                          _____