IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Case No. 19-cv-03200-RM-SKC

NEDA SAMIMI-GOMEZ, individually and as personal representative of the Estate of Kamyar Samimi,
NEGEEN SAMIMI, and
ANTHONY SAMIMI,

    Plaintiffs,
v.

THE GEO GROUP, INC., and
JEFFREY ELAM PETERSON, M.D.,

    Defendants.

---

### ORDER DISMISSING CASE, WITH PREJUDICE
---

THE COURT, having reviewed the Parties' Stipulated Motion to Dismiss Case, with Prejudice (ECF No. 75), having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the motion is GRANTED. This matter is hereby DISMISSED, with prejudice, each party to bear his/her/its own costs and attorney fees.

DATED this 13th day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge